NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MADSTAD ENGINEERING, INC. AND MARK STADNYK,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES PATENT AND TRADEMARK OFFICE, TERESA STANEK REA, ACTING DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE, AND UNITED STATES,**
*Defendants-Appellees.*

---

2013-1512

---

Appeal from the United States District Court for the Middle District of Florida in No. 12-CV-1589, Judge Steven D. Merryday.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the United States' unopposed motion to dismiss this appeal as erroneously docketed,

2                         MADSTAD ENGINEERING, INC. v. PTO

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/   Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

s25

ISSUED AS A MANDATE:  November 19, 2013